In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00583-CV**
_____

**JAKE H. NORRIS, Appellant**

**V.**

**GARY DUANE BAKER SR. AND SANDRA A. BAKER, Appellees**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 13-27254**

**ORDER**

The appellant, Jake H. Norris, filed a notice of bankruptcy. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED April 3, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

1